FILED
2021 Oct-21  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLAYTON SMALLS, JR.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:20-CV-1570-RDP** |
| | } | |
| **BLAIR LOGISTICS LLC,** | } | |
| | } | |
| **Defendant.** | } | |

### CLERK'S COURT MINUTE ENTRY
### DISMISSAL PURSUANT TO STIPULATION OF PARTIES[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. # 21).

Costs taxed as paid.

This case was closed on October 5, 2021 and remains **CLOSED**.

**DATED:  October 21, 2021.**


SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

---

[1] On October 5, 2021, the court entered its order dismissing this case without prejudice, pending the completion of all settlement documentation between the parties, (Doc. # 20).